In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted August 11, 2014; decided September 23, 2014

Motion by City of Syracuse for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

WASHINGTON MUTUAL BANK, Respondent, v CAROLYN SCHENK, Appellant, et al., Defendants.

Submitted February 24, 2014; decided September 23, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.